```
ANGELA MASHELLE BROOKSHIRE      INTERNAL REVENUE SERVI       US ATTORNEY GENERAL
239 GREENFIELD RIDGE DR         C/O US ATTORNEY              US DEPT OF JUSTICE
BRANDON, MS 39042               501 EAST COURT ST            950 PENNSYLVANIA AVENW
                                STE 4.430                    WASHINGTON, DC 20530-00
                                JACKSON, MS 39201


THOMAS C. ROLLINS, JR.          MOHELA
THE ROLLINS LAW FIRM, PLLC      633 SPIRIT DRIVE
P.O. BOX 13767                  CHESTERFIELD, MO 63005
JACKSON, MS 39236


AFFIRM, INC.                    NETCREDIT
ATTN: BANKRUPTCY                ATTN:  BANKRUPTCY DEPT
650 CALIFORNIA ST               175 W JACKSON BLVD
FL 12                           STE 1000
SAN FRANCISCO, CA 94108         CHICAGO, IL 60604


CAPITAL ONE                     ONEMAIN FINANCIAL
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
P.O. BOX 30285                  PO BOX 142
SALT LAKE CITY, UT 84130        EVANSVILLE, IN 47701


CHECK 'N GO                     OPPLOANS
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
PO BOX 36454                    130 E RANDOLPH ST
CINCINNATI, OH 45236             STE 3400
                                CHICAGO, IL 60601


DISCOVER FINANCIAL              PRESTIGE FINANCIAL SVC
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
PO BOX 3025                     351 W OPPORTUNITY WAY
NEW ALBANY, OH 43054            DRAPER, UT 84020


FREEDOM MORTGAGE CORP           REPUBLIC FINANCE
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY DEPT
907 PLEASANT VALLEY             7031 COMMERCE CIR
AVE, STE 3                      BATON ROUGH, LA 70809
MT LAUREL, NJ 08054


IC SYSTEMS, INC                 RISE CREDIT
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
444 HWY 96 EAST                 PO BOX 101808
ST. PAUL, MN 55127              FORT WORTH, TX 76185


INTERNAL REVENUE SERVI          SYNCHRONY
CENTRALIZED INSOLVENCY          ATTN: BANKRUPTCY
P.O. BOX 7346                   PO BOX 965064
PHILADELPHIA, PA 19101-7346     ORLANDO, FL 32896
```