United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-03036-JAW
Angela Mashelle Brookshire  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Feb 24, 2026     Form ID: n031     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Mashelle Brookshire, 239 Greenfield Ridge Dr, Brandon, MS 39042-7023 |
| 5595959 | | Brandon HMA, LLC dba Merit Health Rankin, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5596264 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 24 2026 19:30:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 5595249 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 24 2026 19:42:54 | Affirm, Inc., Attn: Bankruptcy, 650 California St, FL 12, San Francisco, CA 94108-2716 |
| 5595250 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2026 19:32:43 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5595251 | + | Email/Text: bankruptcy@axcess-financial.com | Feb 24 2026 19:30:00 | Check 'n Go, Attn: Bankruptcy, Po Box 36454, Cincinnati, OH 45236-0454 |
| 5595252 | + | Email/Text: mrdiscen@discover.com | Feb 24 2026 19:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5620538 | + | Email/Text: opportunitynotices@gmail.com | Feb 24 2026 19:31:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5595253 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 24 2026 19:30:00 | Freedom Mortgage Corp, Attn: Bankruptcy, 907 Pleasant Valley, Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5616600 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 24 2026 19:30:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers IN 46037-8022 |
| 5595254 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 24 2026 19:30:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5611025 | + | Email/Text: gbechakas@outlook.com | Feb 24 2026 19:30:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5595256 | + | Email/Text: ebone.woods@usdoj.gov | Feb 24 2026 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5595255 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2026 19:30:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5609143 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2026 19:30:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5595257 | | Email/Text: EBN@Mohela.com | Feb 24 2026 19:30:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5611361 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2026 19:30:00 | Midland Credit Management, Inc., PO Box 2037, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: n031 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 5595258 | + | Email/Text: netcreditbnc@enova.com | Feb 24 2026 19:31:40 | Warren, MI 48090-2037<br>Netcredit, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 5595259 | + | Email/PDF: cbp@omf.com | Feb 24 2026 19:32:22 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5603052 | | Email/PDF: cbp@omf.com | Feb 24 2026 19:32:43 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5595260 | + | Email/Text: opportunitynotices@gmail.com | Feb 24 2026 19:31:00 | OppLoans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago, IL 60601-6379 |
| 5611547 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Feb 24 2026 19:32:44 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5613254 | + | Email/Text: bankruptcy@gopfs.com | Feb 24 2026 19:31:00 | Prestige Financial Services, BANKRUPTCY DEPARTMENT, PO BOX 26707, SLC UT 84126-0707 |
| 5595261 | ^ | MEBN | Feb 24 2026 19:27:35 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 5595262 | | Email/Text: bankruptcy@republicfinance.com | Feb 24 2026 19:31:00 | Republic Finance, Attn: Bankruptcy Dept, 7031 Commerce Cir, Baton Rough, LA 70809 |
| 5600242 | | Email/Text: bankruptcy@republicfinance.com | Feb 24 2026 19:31:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5595263 | + | Email/Text: elevate@ebn.phinsolutions.com | Feb 24 2026 19:31:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 5610380 | + | Email/Text: bncmail@w-legal.com | Feb 24 2026 19:30:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5595264 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 19:32:43 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5619418 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 24 2026 19:42:50 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5595265 | ^ | MEBN | Feb 24 2026 19:27:42 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026              Signature:       /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Feb 24, 2026 | Form ID: n031 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Angela Mashelle Brookshire trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−03036−JAW
**Chapter:** 13

**In re:**

Angela Mashelle Brookshire
aka Angela Michelle Brookshire, aka
Angela Meshelle Brookshire
239 Greenfield Ridge Dr
Brandon, MS 39042

Notice of Entry of Order Confirming Plan

The Court entered an Order on February 24, 2026 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: February 24, 2026

Danny L. Miller, Clerk of Court