**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Angela Mashelle Brookshire |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : Southern     District of  Mississippi
(State)

Case number     25-03036-JAW

## Official Form 410S1
# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**     Freedom Mortgage Corporation

**Court claim no**. (if known):     14

**Last four digits** of any number you use to identify the debtor's account:     XXXXXX7706

**Date of payment change:**
Must be at least 21 days after date of this notice     5/1/2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*     $1,191.05

---

**Part 1:     Escrow Account Payment Adjustment**

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why:  _____

    _____

    **Current escrow payment:**     $ 367.40          **New escrow payment :**     $ 371.70

**Part 2:     Mortgage Payment Adjustment**

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

    ☒ No
    ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

    **Current interest rate:**     %          **New interest rate:**     %

    **Current principal and interest payment:**     $          **New principal and interest payment:**  $

**Part 3:     Annual HELOC Notice**

3.  **Will there be a change in the debtor's home-equity line -of-credit (HELOC) payment for the year going forward??**

    ☒ No
    ☐ Yes.

    **Current HELOC payment:**     $

    **Reconciliation amount:**     + $

    - $

---

25-03036-JAW  Dkt 30  Filed 03/23/26  Entered 03/23/26 10:19:21  Page 2 of 6

| Debtor 1 | **Angela Mashelle Brookshire** | Case number *(if known)* | 25-03036-JAW |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Amount of next payment (including reconciliation amount)    $ _____

Amount of the new payment thereafter (without reconciliation amount    $ _____

## Part 4:   Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment:**   $ _____    **New mortgage payment:**   $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  */s/Dylan Dean Smith* _____    Date   03/20/2026 _____
    Signature

| Print: | Dylan | Dean | Smith | Title | Authorized Agent for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company    McCalla Raymer Leibert Pierce, LLP

Address    1544 Old Alabama Road
    Number      Street
    Roswell                GA                30076
    City                  State            ZIP Code

Contact phone    562-283-4466                    Email   Dylan.Smith@mccalla.com

Official Form 410S1          **Notice of Mortgage Payment Change**          page 2

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 25-03036-JAW |
|  | Chapter: 13 |
| Angela Mashelle Brookshire | Judge: Jamie A. Wilson |

CERTIFICATE OF SERVICE

I, Dylan Dean Smith, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Angela Mashelle Brookshire
239 Greenfield Ridge Dr
Brandon, MS 39042

Thomas Carl Rollins, Jr.                    *(Served via ECF at trollins@therollinsfirm.com)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr., Trustee              *(Served via ECF at HJB@HBarkley13.com)*
P.O. Box 4476
Jackson, MS 39296-4476

U.S. Trustee                                *(Served via ECF at USTPRegion05.JA.ECF@usdoj.gov)*
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: __03/23/2026__   By: __*/s/Dylan Dean Smith*_____
              (date)                Dylan Dean Smith
                                     Authorized Agent for Creditor

ELECTRONIC ONLY STATEMENT



**FOR RETURN SERVICE ONLY**
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | ▮ |
| Property Address: | 239 GREENFIELD RIDGE DR |
| | BRANDON MS 39042 |

| | |
|---|---|
| Statement Date: | **03/09/2026** |
| Current Payment Amount: | **$1,232.45** |

| | |
|---|---|
| **New Payment Amount:** | **$1,191.05** |
| **New Payment Effective Date:** | **05/01/2026** |

ANGELEA M BROOKSHIRE
239 GREENFIELD RIDGE DR
BRANDON MS 39042-7023

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $22.15 in your escrow account. This shortage likely was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments. This will be reflected as an increase to your monthly mortgage payment.

| | |
|---|---|
| Projected Minimum Balance | $633.89 |
| - Required Minimum Balance | $656.04 |
| Shortage Amount | $22.15 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As escrow items are subject to change each year, the amounts in Part 3 are only estimates.

## PART 1 — Your Mortgage Payment

### Payment information beginning with your 05/01/2026 payment

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $1,191.05.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $819.35 | $819.35 |
| Escrow Payment: | $413.10 | $369.86 |
| Shortage Spread: | - | $1.84 |
| **Total Payment:** | **$1,232.45** | **$1,191.05** |

## PART 2 — Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$1,386.00** |
| Dec 2025 | $367.40 | $0.00 | | $1,753.40 |
| Jan 2026 | $367.40 | $0.00 | | $2,120.80 |
| Feb 2026 | $367.40 | $1,348.23 | COUNTY TAX | $1,139.97 |
| Mar 2026 | $367.40 | $0.00 | | $1,507.37 |
| Apr 2026 | $367.40 | $0.00 | | $1,874.77 |
| **Total** | **$1,837.00** | **$1,348.23** | | |

### Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **($1,198.32)** |
| Dec 2025 | $0.00 | $0.00 | | ($1,198.32) |
| Jan 2026 | $0.00 | $1,377.76 * | COUNTY TAX | ($2,576.08) |
| Feb 2026 | $0.00 | $0.00 | | ($2,576.08) |
| Mar 2026 | $367.40 E | $0.00 E | | ($2,208.68) |
| Apr 2026 | $367.40 E | $0.00 E | | ($1,841.28) |
| **Total** | **$734.80** | **$1,377.76** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.

## PART

INTERNET REPRINT

## 3  Expected Escrow Payments over the next 12 Months

| | |
|---|---:|
| HOMEOWNERS | $2,558.53 |
| RURAL HOUSING ANNUAL FEE | $502.12 |
| COUNTY TAX | $1,377.76 |
| **Total Disbursements** | **$4,438.41** |

Freedom expects to pay $4,438.41 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Disbursements: | $4,438.41 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$369.86** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---:|---:|---|---:|---:|
| | | | Beginning Balance | $1,845.24 | $1,867.39 |
| May 2026 | $369.86 | $0.00 | | $2,215.10 | $2,237.25 |
| Jun 2026 | $369.86 | $0.00 | | $2,584.96 | $2,607.11 |
| Jul 2026 | $369.86 | $0.00 | | $2,954.82 | $2,976.97 |
| Aug 2026 | $369.86 | $502.12 | RURAL HOUSING ANNUAL FEE | $2,822.56 | $2,844.71 |
| Sep 2026 | $369.86 | $2,558.53 | HOMEOWNERS | $633.89 | $656.04 * |
| Oct 2026 | $369.86 | $0.00 | | $1,003.75 | $1,025.90 |
| Nov 2026 | $369.86 | $0.00 | | $1,373.61 | $1,395.76 |
| Dec 2026 | $369.86 | $0.00 | | $1,743.47 | $1,765.62 |
| Jan 2027 | $369.86 | $0.00 | | $2,113.33 | $2,135.48 |
| Feb 2027 | $369.86 | $1,377.76 | COUNTY TAX | $1,105.43 | $1,127.58 |
| Mar 2027 | $369.86 | $0.00 | | $1,475.29 | $1,497.44 |
| Apr 2027 | $369.86 | $0.00 | | $1,845.15 | $1,867.30 |
| | $4,438.32 | $4,438.41 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

PART

## 4  What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $22.15.

The escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $1,191.05.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

PART

## 5  How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00AM – 8:00PM and Saturday 9:00AM – 2:00PM Eastern Time.

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

LOAN NUMBER: ▮▮▮▮▮▮▮

Freedom Mortgage Corporation
NMLS # 2767



# Shortage Repayment FAQs

*Customers who prefer to pay their escrow shortage in a lump sum may find the below information helpful.*

**Am I required to pay my shortage in a lump sum?**

No. You may elect to do so at your own discretion.

**What is a shortage and why might I have one?**

Your escrow account exists to pay escrowed items (taxes, insurance, mortgage insurance, etc.) as they come due. Shortages are commonly caused by increases in taxes or insurance, changing your insurance carrier off-cycle, or underestimated taxes when you closed your loan.

A regular analysis of the escrow account is required to ensure that enough funds are available to pay these expenses as they come due. A shortage exists if the analysis shows that the minimum required balance falls below the amount required to make the projected payments of escrowed expenses.

**May I pay the total escrow shortage?**

You have the option to pay the total shortage in a lump sum but you are not required to do so. If you choose to pay the total shortage, your scheduled monthly payment will no longer include the shortage collection amount. A coupon is provided below for your convenience. You may also pay an escrow shortage via our website at www.freedommortgage.com or via telephone by calling 855-690-5900. Please allow one billing cycle for this change to be reflected on your billing statement.

**Can I prepay my escrow account, so my payment does not change?**

No. Taxes and insurance costs routinely change. The escrow portion of your monthly payment is collected so disbursements can be made when due; changes to escrowed expenses will result in a change in your mortgage payment.

While making supplemental payments towards your escrow may reduce or eliminate an escrow shortage, the escrow portion of your monthly payment is calculated by dividing all projected escrow expenses in the coming year by 12. This calculation, for future monthly payments, is independent of the existing balance in the escrow account, so paying extra will not change the escrow payment calculation.

**Can I pay an escrow shortage in a lump sum if my loan is 30 or more days delinquent?**

No. Payments on loans that are 30 or more days past due will first be credited toward any past-due amount owed before any funds are applied towards an escrow shortage.

------------------------------------------------------------------------------------------------------------



## ESCROW SHORTAGE COUPON

Loan Number: ▮▮▮▮▮▮▮▮          **Shortage Amount: $22.15**

ANGELEA M BROOKSHIRE
239 GREENFIELD RIDGE DR
BRANDON MS 39042-7023

☐ Enclosed is a check for the **total** shortage amount. My new monthly mortgage payment will be adjusted to reflect the new monthly escrow deposit.

☐ Enclosed is a check for a **portion** of the shortage amount. I understand that the remaining shortage will be spread evenly for the duration of the shortage repayment period.

FREEDOM MORTGAGE
29730 NETWORK PLACE
CHICAGO, IL  60673-1297

**If you choose to do nothing, the entire shortage amount will be spread over the next 12 months and your new monthly payment will be as calculated by this analysis.**

| Escrow Shortage Amount Enclosed |
| --- |
| |

*Please write your loan number on your check and return this coupon with your payment.*

INTERNET REPRINT