Fill in this information to identify the case:

Debtor 1  Angela Mashelle Brookshire

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  SOUTHERN          District of  MISSISSIPPI
                                                                                    (State)

Case number  25-03036-JAW

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**       FREEDOM MORTGAGE CORPORATION       Court claim no. (if known)       14

**Last four digits** of any number you       XXXXXX7706
use to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates incurred | | Amount |
| --- | --- | --- | --- | --- |
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 1/27/2026, | (5) | $ 200.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1    Angela Mashelle Brookshire                    Case number (*if known*)    25-03036-JAW
            First Name   Middle Name   Last Name

## Part 2:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  */s/Karen A. Maxcy*                                    Date    04/07/2026
   Signature

Print:    Karen              A.                Maxcy              Title    Authorized Agent
          First Name         Middle Name       Last Name

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
          Number        Street
          Roswell                GA            30076
          City                   State         ZIP Code

Contact phone    770-643-7200                    Email    Karen.Maxcy@mccalla.com

Official Form 410S2            **Notice of Postpetition Mortgage Fees, Expenses, and Charges**            p a g e **2**

B 10 (Supplement 2) (12/11)                                    Case:                                                        Page  3

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**                                            )
                                                      )    **Case No.** 25-03036-JAW
Angela Mashelle Brookshire                            )    **Chapter** 13
                                                      )
                                                      )    **JUDGE:** Jamie A. Wilson

## EXHIBIT B

### ITEMIZATION OF CLAIM

Bankruptcy/Proof of Claim Fees                                                                  $200.00

| 01/27/2026 | Preparation and Filing of Proof of Claim | $200.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                                          **$200.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

B 10 (Supplement 2) (12/11)                           Case:                                          Page  4

In Re:                                         Bankruptcy Case No.: 25-03036-JAW
                                               Chapter:            13
Angela Mashelle Brookshire                     Judge:             Jamie A. Wilson

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Angela Mashelle Brookshire
239 Greenfield Ridge Dr
Brandon, MS 39042

Thomas Carl Rollins, Jr                        *(Served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr.                         *(Served via ECF Notification)*
P.O. Box 4476
Jackson, MS 39296-4476

United States Trustee                          *(Served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    04/10/2026    By:    */s/Karen A. Maxcy*
                  (date)              Karen A. Maxcy
                                      Authorized Agent for Creditor