**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                    CHAPTER 13 NO.:

ANGELA MASHELLE BROOKSHIRE                        25 – 03036 – JAW

**TRUSTEE'S NOTICE AND MOTION TO MODIFY**

COMES NOW Harold J. Barkley, Jr, the duly appointed and qualified Standing Trustee in the above cause and moves to modify the above proceeding for reasons to be shown below.

1.      The Debtor's Chapter 13 Plan was confirmed by Order of this Court entered on February 24, 2026.

2.      That, Freedom Mortgage Corporation has filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges in the amount of $200.00 for "*bankruptcy/proof of claim fees*".

3.      Therefore, Debtor's Plan should be modified to pay Freedom Mortgage Corporation the amount of $200.00 over the remaining term of the confirmed plan with the Debtor's wage order being amended as necessary.

4.      That, the indebtedness of those creditors not timely filing proof of claims should be paid $0.00 and said indebtedness should be discharged upon completion of this plan.

5.      **You are hereby notified** that all Objections must be made in writing to the Clerk of this Court.  Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF.  Others should file any response at U. S. Bankruptcy Court, U. S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, with a copy mailed to the Trustee at the address below.

6.      Y**ou are further notified** that all Objections must be made within thirty (30) days of this date, being ____ **May 13, 2026.**

7.      Y**ou are further notified** that should no Objection be timely filed, the Court will be requested to enter an Order ex parte.

8.      Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion to Modify, and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated:  April     13    , 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601-362-6161
FAX: 601-362-8826
E-MAIL: HJB@HBARKLEY13.COM

## C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Angela Mashelle Brookshire
239 Greenfield Ridge Drive
Brandon, MS 39042

Freedom Mortgage Corporation
11988 Exit 5 Parkway
Building 4
Fishers, IN  46037-9739

Hon. Karen A. Maxcy
Karen.maxcy@mccalla.com

Dated:  April     13     , 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.