**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                    CHAPTER 13 NO.:

ANGELA MASHELLE BROOKSHIRE                                  25 – 03036 – JAW

**O R D E R**

       THIS CAUSE came before the Court on the Trustee's Motion to Modify [DK #      ]; and the Court Orders as follows:

       THAT, no response has been timely filed herein.

       THAT, the Trustee's Motion to Modify is hereby granted.

       THAT, the Debtor's plan is modified to pay Freedom Mortgage Corporation the amount of $200.00 over the remaining term of the confirmed plan.

       THAT, the Debtor's wage order shall be amended as necessary to comply with the terms of this order.

       THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

##END OF ORDER##

SUBMITTED BY:

_____

JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161  FAX:  601/362-8826
EMAIL: HJB@HBARKLEY13.COM