United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 25-03036-JAW

Angela Mashelle Brookshire                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                         Page 1 of 2

Date Rcvd: May 27, 2026                 Form ID: pdf012                      Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

**Recip ID                Recipient Name and Address**
db               + Angela Mashelle Brookshire, 239 Greenfield Ridge Dr, Brandon, MS 39042-7023

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5595253 | + Email/Text: Bankruptcy@Freedommortgage.com | May 27 2026 19:37:00 | Freedom Mortgage Corp, Attn: Bankruptcy, 907 Pleasant Valley, Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5616600 | + Email/Text: Bankruptcy@Freedommortgage.com | May 27 2026 19:37:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers IN 46037-8022 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:

**Name                    Email Address**

Harold J. Barkley, Jr.
                    HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Karen A. Maxcy
                    on behalf of Creditor Freedom Mortgage Corporation karen.maxcy@mccalla.com
                    BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

District/off: 0538-3

User: mssbad

Page 2 of 2

Date Rcvd: May 27, 2026

Form ID: pdf012

Total Noticed: 3

Thomas Carl Rollins, Jr

on behalf of Debtor Angela Mashelle Brookshire trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: May 27, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                     CHAPTER 13 NO.:

ANGELA MASHELLE BROOKSHIRE                            25 – 03036 – JAW

### O R D E R

THIS CAUSE came before the Court on the Trustee's Motion to Modify [DK #32]; and the Court Orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is hereby granted.

THAT, the Debtor's plan is modified to pay Freedom Mortgage Corporation the amount of $200.00 over the remaining term of the confirmed plan.

THAT, the Debtor's wage order shall be amended as necessary to comply with the terms of this order.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

##END OF ORDER##

SUBMITTED BY:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161  FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM