B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Southern_____ District Of _____Mississippi_____

In re __Brookshire, Angela__,        Case No. __25-03036__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__DON Tributary Partners, LLC__
Name of Transferee

__Intercoastal Financial, LLC__
Name of Transferor

Name and Address where notices to transferee should be sent:

    Capital Enterprise Services, LLC
    1111 Brickell Ave. Floor 10
    Miami, FL 33131, USA

Phone: _____(800) 518-9248_____
Last Four Digits of Acct #: _____0509_____

Court Claim # (if known):        10
Amount of Claim:   $1,592.05
Date Claim Filed:  01/13/2026

Phone: _____(716) 867-8041_____
Last Four Digits of Acct. #: ___0509____

Name and Address where transferee payments should be sent (if different from above):

    Capital Enterprise Services, LLC
    PO Box 62582
    Phoenix, AZ 85082

Phone: _____(800) 518-9248_____
Last Four Digits of Acct #: _____0509_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*Shivangi Singh*_____        Date:_____06/03/2026_____
    Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.